Kerri S Flynn (KF-9781)
Mullooly, Jeffrey, Rooney & Flynn LLP
6851 Jericho Tpk, Ste 220
PO Box 9036
Syosset, NY 11791
Tel: 516-656-5300
Fax: 516-921-2131
Email: Kflynn@mjrf.com

Attorney for Mullooly Jeffrey Rooney & Flynn LLP


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
In re

KEVIN JARED ROSENBERG                               **Chapter 7**

                        Debtor,
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
KEVIN JARED ROSENBERG

                        Plaintiff,         **Case No. 18-35379-cgm**

    -v-

                                        **Adv. Pro. No. 18-09023-cgm**

NY STATE HIGHER EDUCATION SERVICES CORPORATION
YESHIVA UNIVERSITY
THE LAW FIRM OF MULLOOLY JEFFREY ROONEY & FLYNN LLP
                        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## ANSWER OF MULLOOLY, JEFFREY, ROONEY & FLYNN LLP TO COMPLAINT TO DISCHARGE STUDENT LOANS

      Defendant **MULLOOLY, JEFFREY, ROONEY & FLYNN LLP,** in Answer to the Complaint to Discharge Student Loans of the Plaintiff, KEVIN JARED ROSENBERG, in the above-captioned Chapter 7 case respectfully state as follows:

## JURISDICTION OF THE PARTIES

1. The allegation set forth in paragraph 1 of the Complaint states a legal conclusion to which no response is required.

2. Defendant Mullooly, Jeffrey, Rooney & Flynn LLP (hereinafter "MJRF") denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth paragraph 2 of the Complaint.

3. Defendant MJRF denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth paragraph 3 of the Complaint.

4. Defendant MJRF denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth paragraph 4 of the Complaint.

5. Defendant MJRF denies the allegations set forth paragraph 5 of the Complaint. Mullooly, Jeffrey, Rooney & Flynn LLP is the attorney for Access Group. It has not acquired any debt and is improperly named as a defendant herein.

6. Defendant MJRF denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth paragraph 6 of the Complaint.

## FACTUAL ALLEGATIONS

7. Defendant MJRF denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth paragraphs 7 and 8 of the Complaint.

8. Defendant MJRF denies the allegations set forth paragraph 9 of the Complaint. Mullooly, Jeffrey, Rooney & Flynn LLP is the attorney for Access Group and has not acquired this debt. MJRF is improperly named as a defendant in this proceeding.

9.  Defendant MJRF denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth paragraphs 10, 11 and 12 of the Complaint.

10. Defendant MJRF denies the allegations set forth paragraph 13 of the Complaint. Mullooly, Jeffrey, Rooney & Flynn LLP is the attorney for Access Group and has not acquired this debt. MJRF is improperly named as a defendant in this proceeding.

11. Defendant MJRF denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth paragraphs 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28 and 29 of the Complaint.

## CAUSE OF ACTION
## CLAIM ONE

12. MJRF reincorporates its answers as set forth in the above paragraphs 1-11 as though fully set forth herein.

13. The allegations in paragraph 30 of the complaint state a legal conclusion to which no response is required.

## **GENERAL DENIAL**

14. MJRF generally denies any liability to the plaintiff. To the extent that any allegations in the complaint have not been specifically admitted or denied, they are hereby denied.

## **MJRF IS AN IMPROPER PARTY TO THIS PROCEEDING**

15. Mullooly, Jeffrey, Rooney & Flynn LLP is the attorney for Access Group and has not acquired this debt. MJRF is improperly named as a defendant in this proceeding.

## RESERVATION OF RIGHTS

16. MJRF expressly reserves the right to amend this answer by way of adding affirmative defenses, counterclaims, cross-claims.

WHEREFORE, the Defendant, Mullooly, Jeffrey, Rooney & Flynn LLP respectfully requests that judgment be entered in its favor dismissing the Complaint with prejudice and granting such other and further relief deemed appropriate including without limitation the award of fees and costs associated with the defense against the Complaint.

Dated: Syosset, New York
July 16, 2018

MULLOOLY, JEFFREY, ROONEY & FLYNN LLP

BY: KERRI S. FLYNN, ESQ. (KF-9781)
Mullooly, Jeffrey, Rooney and Flynn LLP
6851 Jericho Turnpike, Suite 220
P.O. Box 9036
Syosset, New York 11791-9036
Tel: 516-656-5300
Fax: 516-921-2131
Email: Kflynn@mjrf.com

## CERTIFICATE OF SERVICE

I certify that on July 16, 2018, I served a copy of the forgoing Answer to the Complaint to discharge student loans of Mullooly, Jeffrey, Rooney & Flynn LLP via Efile and first class mail, postage prepaid to the following:

Kevin J. Rosenberg, Esq.
Plaintiff/Debtor
15 Grove Street
Beacon, NY 12508

Clerk of the Court
United States Bankruptcy Court
Southern District of New York
355 Main Street
Poughkeepsie, NY 12601

Trustee
Fred Stevens
Klestadt Winters Jureller
Southard & Stevens, LLP
200 West 41st Street
17th Floor
New York, NY 10036
(212) 972-3000

U.S. Trustee
United States Trustee
74 Chapel Street
Albany, NY 12207
(518) 434-4553

**MULLOOLY, JEFFREY, ROONEY & FLYNN LLP**

**BY: KERRI S. FLYNN, ESQ.** (KF-9781)
Mullooly, Jeffrey, Rooney and Flynn LLP
6851 Jericho Turnpike, Suite 220
P.O. Box 9036
Syosset, New York 11791-9036
Tel: 516-656-5300
Fax: 516-921-2131
Email: Kflynn@mjrf.com